UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHOWNS FABRICATION & RIGGING INC.; and KEVIN M. CHOWNS;<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:21-cv-03543 |

# O R D E R

**AND NOW**, this 14th day of January, 2022, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 9, is **GRANTED**.

2. The Complaint, ECF No. 1, is **DISMISSED with prejudice**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge